**IN THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ARNOLD AND CHARLENE WALTON | : | BKY. NO.  06-12433ELF |
| | : | |
| (Debtor) | : | |

**<u>ADDENDUM TO AMENDED PLAN SUMMARY</u>**

$400 X 36 FOR A TOTAL BASE AMOUNT OF $14,400.00

(A)   CIBIK & CATALDO                     $2,250

(B)   OPTION ONE          Arrears of $8,536.50 with regular monthly payments.

      City of Philadelphia (water/sewer)   $1,850.84

      City of Philadelphia (real estate)    $0.00 search reflected no outstanding real estate taxes.

      Ebbetts Partners Ltd          Not to be paid by the plan. This is not a secured claim.

(C)   PRO RATA

DATE:  December 4, 2006        _____/s/_____
MICHAEL A. CATALDO, ESQUIRE
CIBIK & CATALDO, P.C.
437 CHESTNUT STREET, STE. 1000
PHILADELHIA, PA 19106
(215) 735-1060